**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6936**

---

SEVERO GARCIA-MEZA,

        Petitioner - Appellant,

    v.

C. CARTER, Warden,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-00165-JRR)

---

Submitted:  December 5, 2024            Decided:  December 10, 2024

---

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Severo Garcia-Meza, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Severo Garcia-Meza, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Garcia-Meza v. Carter*, No. 1:23-cv-00165-JRR (D. Md. Sept. 27, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*